IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:06-CR-72-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDWARD A. FERRELL VIDAL, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 61]. The response is due not later than June 30, 2015.

SO ORDERED. This 10 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge