IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:06-CR-72-1D3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER AUTHORIZING THE DISPOSITION |
| v. ) | AND/OR DESTRUCTION OF EVIDENCE |
| ) | |
| EDWAR VIDAL ) | |

This matter is before the court upon the application of the government to permit the disposition and/or destruction of evidence. For good cause shown, the government's application for an order authorizing the destruction of evidence is GRANTED. The Lenoir County Sheriff's Office is AUTHORIZED to dispose of or destroy the following in accordance with the agency's established procedures:

1. Firearms, ammunition, and suspected controlled substances seized from 2090 Kinsey Road, LaGrange, North Carolina, 28551; and 2102 Kinsey Road, LaGrange, North Carolina, 28551, more specifically identified as follows:

   a. A black and silver colored Smith and Wesson, Model 659, .9mm pistol, serial number TBJ7664, and two magazines with 24 rounds of .9mm caliber ammunition.

   b. A black and silver colored Colt Commander, .45 caliber, serial number 70B527939 and magazine.

   c. A black colored .9mm pistol, serial number AE23614 and a magazine and 15 rounds of .9mm ammunition.

   d. A black and silver colored 357 Revolver, serial number F116801 and case and 5 rounds of 357 ammunition.

   e. Plastic bags containing suspected cocaine.

1

2. Documentary evidence seized from 2090 Kinsey Road, LaGrange, North Carolina, 28551; and 2102 Kinsey Road, LaGrange, North Carolina, 28551, more specifically identified as follows:

a. A 1997 Flee Mobile Home Title.

b. A black colored Brinks security box and key.

c. Various U.S. Cellular phone bills.

d. A black colored U.S. Cellular phone.

e. First Citizen Bank deposit slips.

f. Various pictures of individuals in picture frames.

g. Miscellaneous bills in the names of various individuals recovered from the residences.

h. Miscellaneous identification cards.

i. A brown colored wallet containing a driver's license, registration, and $130.00 in United States currency.

j. A North Carolina to a 2000 Dodge 45.

k. An Essentials brand suitcase.

SO ORDERED this 16 day of May, 2016.

JAMES C. DEVER, III.
Chief United States District Judge

2